2355307

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WALLACE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 2:16-cv-01565-DSC |
| | ) | |
| v. | ) | |
| | ) | |
| RICH FITZGERALD, County Executive; | ) | |
| ALLEGHENY COUNTY; ORLANDO | ) | |
| HARPER, Warden of Allegheny County | ) | |
| Jail; CORIZON HEALTH, INC.; DOCTOR | ) | |
| ABIMBOLA TALABI; NURSE RYAN | ) | |
| HEITZENRATER; NURSE MICHELLE | ) | |
| DRANKO; NURSE LOGAN BERGER; | ) | |
| NURSE JULIANN RAGER; SOCIAL | ) | |
| WORKER JANE DOE | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Kathryn M. Kenyon, Esquire and Meyer, Unkovic & Scott LLP, as counsel for Logan Berger, in the above-captioned action.

Respectfully submitted,

MEYER UNKOVIC & SCOTT, LLP

*/s/ Kathryn M. Kenyon*
Kathryn M. Kenyon, Esquire
PA ID. # 82262
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
(412) 456-2840
kmk@muslaw.com

*Counsel for Logan Berger*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 21, 2016 a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically.  Parties may access this filing through the Court's ECF/PACER system.

MEYER UNKOVIC & SCOTT, LLP

*/s/ Kathryn M. Kenyon*
Kathryn M. Kenyon, Esquire