MUS2376238.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WALLACE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 2:16-cv-01565-DSC |
| | ) | |
| v. | ) | |
| | ) | |
| RICH FITZGERALD, County Executive; ALLEGHENY COUNTY; ORLANDO HARPER, Warden of Allegheny County Jail; CORIZON HEALTH, INC.; DOCTOR ABIMBOLA TALABI; NURSE RYAN HEITZENRATER; NURSE MICHELLE DRANKO; NURSE LOGAN BERGER; NURSE JULIANN RAGER; SOCIAL WORKER JANE DOE | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MEDICAL DEFENDANTS' MOTION TO
CONTINUE INITIAL SCHEDULING CONFERENCE**

Corizon Health, Inc., Ryan Heitzenrater, Michelle Dranko, Logan Berger and Juliann Rager (collectively the "Medical Defendants") submit the within Motion to Continue the Initial Scheduling Conference.

1. On February 15, 2017 the Court issued an Order setting the Initial Scheduling Conference for March 21, 2017 at 2 p.m.

2. Counsel for the Medical Defendant is scheduled to be in depositions on March 2st1 outside of Pittsburgh and could not attend that conference as scheduled.

3. Counsel for the other parties graciously indicated their availability for other dates and times so the Initial Scheduling Conference can be continued.

4. The Medical Defendants respectfully request the Initial Scheduling Conference be moved to a different date and time as set forth in the proposed Order of Court.

Respectfully submitted,

MEYER UNKOVIC & SCOTT, LLP

*/s/ Kathryn M. Kenyon*
Kathryn M. Kenyon, Esquire
PA ID. # 82262
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
(412) 456-2840
kmk@muslaw.com

*Counsel for Corizon Health, Inc., Nurse Heitzenerater, Nurse Dranko, Nurse Berger and Nurse Rager*

## CERTIFICATE OF SERVICE

I certify that on February 16, 2017 a copy of the foregoing **MOTION** was filed electronically.  Parties may access this filing through the Court's ECF/PACER system.

MEYER UNKOVIC & SCOTT, LLP

*/s/ Kathryn M. Kenyon*
Kathryn M. Kenyon, Esquire