UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER WALLACE, ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| v. ) | Civil Action No. 2:16-cv-01565-DSC |
| RICH FITZGERALD, County Executive, et al. ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

### I. PROCESS
Select one of the following processes:

- __x__ Mediation
- _____ Early Neutral Evaluation (ENE)
- _____ Court sponsored Binding[1] Arbitration
- _____ Court sponsored Non-binding Arbitration
- _____ Other (please identify process and provider) _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

### II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

- __50__ % by Plaintiff
- __16 1/2__ % by Defendant

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral: The Honorable Kenneth J. Benson
Address of Neutral: P.O. Box 101824
Telephone & FAX Numbers: (412) 281-9112 and (866) 571-6273 (fax)
Email address of Neutral: info@justusadr.com
**Date of ADR Session:** The parties will schedule for late August/early September 2017 and are in discussions with Judge Benson's office.

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

For Plaintiff(s)  Christopher Wallace          Counsel and to be determined.
                                               Name and title

For Defendant(s)  All                          Counsel and to be determined.
                                               Name and title

For 3rd party Deft(s)_____           _____
                                               Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

V. ACKNOWLEDGMENT

    We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 3/16/17          /s/ Louis Kroeck and /s/ Bret Grote
                        Attorney for Plaintiff(s)

Dated: 3/16/17          /s/ Katie Kenyon, /s/ John A. Bacharach, /s/ James W. Kraus
                        Attorney for Defendant(s)

Rev. 2/2014