IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLANIA

| | |
|---|---|
| **CHRISTOPHER WALLACE** : | |
| : | |
| Plaintiffs, : | Case No. 2:16-cv-01565-LPL |
| : | |
| v. : | |
| : | |
| **RICH FITZGERALD**, County Executive; : | ELECTRONICALLY FILED |
| **ALLEGHENY COUNTY; ORLANDO** : | |
| **HARPER**, Warden of Allegheny County Jail; : | |
| **CORIZON HEALTH, INC.; DOCTOR** : | JURY TRIAL DEMANDED |
| **ABIMBOLA TALABI; NURSE RYAN** : | |
| **HEITZENRATER; NURSE MICHELLE** : | |
| **DRANKO; NURSE LOGAN BERGER;** : | |
| **NURSE JULIANN RAGER; LESLIE** | |
| **TRAVIS**, Director of Nursing. | |
| | |
| Defendants. | |

## STIPULATION OF VOLUNARY DISMISSAL

All individual matters in controversy in the above-entitled case having been compromised and finally settled between Plaintiff Christopher Wallace and Defendants in this matter, it is hereby stipulated and agreed, by and between Plaintiff Wallace and all Defendants, that the claims brought by Plaintiff in this case shall be dismissed with prejudice for this and any future action on account of the matters and things contained and set forth in Plaintiff's Complaint or Amended Complaint. The Parties are responsible for their own costs and attorney's fees, if any. Agreed to this _____ day of January 2019.


/s Bret Grote                                              /s/ John Bacharach
Bret Grote for Plaintiff                              John Bacharach for County Defendants


/s/ Kathryn Kenyon                                  /s/ James Kraus
Kathryn Kenyon for Corizon Defendants   James W. Kraus for Defendant Talabi